UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Michael Hagood

                                   Defendant(s).
-------------------------------------------------------------X

<u>CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE</u>

-CR-  ( )( )

20 Mag. 12576

Defendant __Michael Hagood__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

**X**     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**     Bail/Detention Hearing

___     Conference Before a Judicial Officer

/s/ by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Michael Hagood**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Sylvie Levine**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-1-2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge