UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
UNITED STATES OF AMERICA,          :
             :
     -v-           :     20-CR-656 (PAE)
             :
MICHAEL HAGOOD,           :     <u>SCHEDULING ORDER</u>
             :
         Defendant.     :
             :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference, for the purpose of arraignment, in this case for **December 10, 2020** at **10:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at [https://www.nysd.uscourts.gov/hon-paul-engelmayer](https://www.nysd.uscourts.gov/hon-paul-engelmayer).  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                        *Paul A. Engelmayer*

Dated: December 7, 2020                 PAUL A. ENGELMAYER
       New York, New York             United States District Judge