UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :      20-CR-656 (PAE)
                                                                        :
MICHAEL HAGOOD,                                                         :      SCHEDULING ORDER
                                                                        :
            Defendant.                                                  :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a suppresion hearing in this case for **April 13 & 14, 2021** at **10:00 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
Dated: April 7, 2021                                   PAUL A. ENGELMAYER
       New York, New York                     United States District Judge