UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MICHAEL HAGOOD,<br><br>                    Defendant. | 20-CR-656 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the full CCRB materials that it has been supplied regarding three of the Government's anticipated witnesses at next week's suppression hearing. The Court's determination is that the Government's decisions as which materials to produce, and which to withhold or redact, are all proper. The Clerk of Court is respectfully directed to terminate the letter motion pending at docket 28.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 7, 2021
       New York, New York