UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL HAGOOD,

Defendant.

20-CR-656 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The suppression hearing, scheduled for **May 10** and **May 11, 2021** at **10:00 a.m.** will be held in **Courtroom 110** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 5, 2021
　　　　New York, New York