**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2021

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re:** **United States v. Michael Hagood**
**20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

    I write to modify Mr. Hagood's pending request for a modification of his bail conditions, due to his changed family circumstances and track record on supervision to date. See Dkt. No. 35. After raising the issue with the Court following the suppression hearing, and upon the Court's suggestion, the parties and Pretrial Services conferred further.

    Mr. Hagood now asks that the bail conditions be modified as follows: the current condition of home detention with GPS monitoring will remain in place, with the new explicit provision that Mr. Hagood may be granted up to 4 hours each day to leave the house, on a schedule to be set by Pretrial Services.

    This revised request is made with the consent of the government by Assistant United States Attorney Mitzi Steiner and in consultation with Pretrial Services by Officer Ashley Cosme.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

cc: Ashley Cosme, Pretrial Services
Mitzi Steiner, U.S. Attorney's Office

The Court **GRANTS** the bond modifications as set forth within. The Clerk of Court is requested to terminate the motions at Dkt. Nos. 35 & 39.

5/17/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge