

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2021

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Hagood*, 20 Cr. 656 (PAE)

Dear Judge Engelmayer:

    The Government understands that the upcoming conference in this matter has been adjourned from June 15, 2021 to June 24, 2021. The Government submits this letter to respectfully request, with the defendant's consent, that time be excluded from June 15, 2021 until June 24, 2021 to permit the parties to await the Court's ruling on the recent suppression hearing in this matter, which was held on May 10-11, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

by:    /s/ Mitzi Steiner
    Mitzi Steiner / Kimberly Ravener
    Assistant United States Attorneys
    (212) 637-2284 / 2358

**GRANTED.** The Court excludes time until June 24, 2021, to enable the Court to complete its evaluation of the issues presented by the defense's suppression motion and its preparation of a decision on that motion. The Clerk of Court is requested to terminate the motion at Dkt. No. 43.

6/16/2021

SO ORDERED.

    *[signature]*
    PAUL A. ENGELMAYER
    United States District Judge