UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                      :
:
   -v-                                                         :      20-CR-656 (PAE)
:
MICHAEL HAGOOD,                                                :      SCHEDULING ORDER
:
                         Defendant.                            :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules conference in this case for **September 9, 2021** at **10:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

                                                               _____
                                                                    PAUL A. ENGELMAYER
Dated: September 1, 2021                                            United States District Judge
       New York, New York