**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 2, 2021

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re:** **United States v. Michael Hagood**
       **20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

    I write to respectfully request that the Court adjourn the conference currently scheduled for September 9, 2021 for approximately 30 days. Undersigned counsel needs more time to discuss a possible disposition of this matter with Mr. Hagood and government counsel. The requested adjournment should allow us to complete that process.

    The government, by Assistant United States Attorney Mitzi Steiner, consents to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

    **GRANTED.** The Court adjourns the conference until October 4, 2021 at 2:30 p.m. Time is excluded until the next conference, pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the parties to continue discussing a potential disposition. The Clerk of Court is requested to terminate the motion at Dkt. No. 52.

SO ORDERED.

9/2/2021

PAUL A. ENGELMAYER
United States District Judge