**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2021

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: **United States v. Michael Hagood**
    **20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

    We write to request a temporary travel modification. In May, the Court granted our request to modify Mr. Hagood's condition of home detention with GPS monitoring to allow him to have 4 hours each day to leave the house, on a schedule set by Pretrial Services. Mr. Hagood seeks to travel to the District of New Jersey during his 4-hour window on Monday, October 25, 2021. The government by Assistant United States Attorney Mitzi Steiner and Pretrial Services by Officer Ashley Cosme have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 59.

SO ORDERED.

10/22/2021

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

cc: Ashley Cosme, Pretrial Services
    Mitzi Steiner, U.S. Attorney's Office