**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 28, 2021

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   **United States v. Michael Hagood**
      **20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

    I write to respectfully request that the Court adjourn the change-of-plea conference currently scheduled for November 2, 2021 because undersigned counsel has a conflict that has arisen. I understand the Court is available for the conference to proceed instead on November 5, 2021 at 12:30 p.m.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

**GRANTED.** The next conference is adjourned until Friday, November 5, 2021, at 12:30pm. Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 61.

10/29/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge