UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　v.<br><br>Michael Hagood,<br><br>　　　　　　　　*Defendant.* | **ORDER**<br><br>20-CR-656 (PAE) |

**IT IS HEREBY ORDERED**, that the defendant's pre-trial bail conditions should be modified to add the following condition:

　　1.  The Defendant shall be placed on home incarceration enforced by location monitoring. The Defendant is only permitted to leave his residence for personal medical appointments, attorney meetings, court appearances, and treatment services.  The Defendant is permitted to accompany his uncle to his medical appointments as approved in advance by Pretrial Services.


　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　_Paul A. Engelmayer_
　　　　　　　　　　　　　　　　　　Hon. Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December  16 , 2021
　　　　New York, New York