# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 6, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: **United States v. Michael Hagood**
    **20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for February 23, 2022, for approximately three weeks.

The Court has scheduled a bail review hearing for Thursday, February 10, 2022. On the current schedule, the defense sentencing letter is due the day before, on Wednesday, February 9. Given that the outcome of the bail hearing will be extremely relevant to sentencing – along with any subsequent behavior – we think it is prudent to adjourn the sentencing for a few weeks. Additionally, there was a death in Mr. Hagood's family last week, which has captured his and his family's attention. Thus, the requested adjournment will also enable us to complete our mitigation work and effectively prepare for sentencing.

The Government, by Assistant United States Attorney Mitzi Steiner, has no objection to this application.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

The Court will adjourn Mr. Hagood's sentencing as requested. The Court will set a new sentencing date at the close of the bail review hearing scheduled for Thursday, February 10, 2022, at 11 a.m.
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
2/7/2022

cc: Mitzi Steiner, Assistant United States Attorney