**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 7, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   **United States v. Michael Hagood**
      **20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

　　As Your Honor is aware, Mr. Hagood is on home incarceration as part of his bail conditions. As I mentioned in my letter from yesterday, Mr. Hagood's aunt, who was largely responsible for raising him, died last week. Her funeral will be held tomorrow, Tuesday, February 8, 2022; there is a viewing and service at a funeral home in Manhattan from 10am to 1pm. The address of the funeral home has been provided to Pretrial Services. We write to seek the Court's permission for Mr. Hagood to attend the funeral. If approved, a schedule will be set by Pretrial and Mr. Hagood will not be allowed to make any unauthorized stops.

　　Pretrial Services by Officer Ashley Cosme told counsel that she is "cautiously consenting to the funeral service based on the circumstances." The Government by Assistant United States Attorney Mitzi Steiner takes no position on this request.

　　Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

Approved. The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

SO ORDERED.                              2/7/2022

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge