```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                    -v-                                                 :    20-CR-656 (PAE)
                                                                        :
MICHAEL HAGOOD,                                                         :          ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated: February 10, 2022
       New York, New York

                                         PAUL A. ENGELMAYER
                                         United States District Judge