**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2025

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re:    United States v. Michael Hagood**
         **20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

    I write to request that the Court adjourn Mr. Hagood's VOSR conference, which is currently scheduled for tomorrow, October 16, 2025 at 3pm, to November 4, 2025 at 11:45am.

    Probation referred Mr. Hagood to a treatment provider, and they are available for his intake appointment at the same time as our currently scheduled court appearance. Upon consultation with Officer Hirsch, we ask that Mr. Hagood be permitted to attend the treatment appointment tomorrow, and all parties can evaluate Mr. Hagood's progress in treatment at a rescheduled status conference in approximately two weeks. We understand that November 4, 2025 at 11:45am works for all parties.

    The Probation Department by Officer Hirsch and the Government by Assistant United States Attorney Mitzi Steiner have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 92.

SO ORDERED.

10/15/2025

_____
PAUL A. ENGELMAYER
United States District Judge