UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL HAGOOD,

Defendant.

20-CR-656 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court sets the following schedule:

- An evidentiary hearing is scheduled for **August 5, 2026** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, New York, NY.

- The parties shall file a joint letter by **August 3, 2026**, summarizing the evidence they intend to adduce to be used at the hearing. The Government is also, by that date, to supply the Court with two binders apiece of its hearing exhibits and 3500 material.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2026
        New York, New York