UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MICHAEL HAGOOD,<br><br>Defendant. | 20-CR-656 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's letter in advance of the violation of supervised release ("VOSR") hearing, scheduled for August 5, 2026. The Court orders as follows.

- The Government is directed to file all evidence cited in its letter, *see, e.g.*, Dkt. 107 n.6, n.14, n.15, on the docket by Thursday, July 30, 2026, and to supply the Court, on Monday, August 3, 2026, with two exhibit binders, and two copies of Jencks Act material, as produced to the defense.
- The defense is directed to file a response to the Government's letter by Friday, July 31, 2026.
- The Court will resolve the evidentiary issues discussed in the Government's letter at or before the VOSR hearing. However, the parties should prepare on the assumption that these statements will be received by the Court, as similar such evidence was received by the Court in *United States v. Cecil Marshall*, 16 Cr. 702 (PAE), Dkts. 50, 53, 63 (S.D.N.Y. 2022).

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 29, 2026
New York, New York