Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 31, 2026

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re: United States v. Michael Hagood**
**20 Cr. 656 (PAE)**

Dear Judge Engelmayer,

In advance of the VOSR hearing scheduled for Wednesday, August 5, 2026, the government filed a pre-hearing letter, seeking various *in limine* rulings, on July 28, 2026. Dkt. No. 107. The next day, the Court directed the defense to respond by today, July 31, 2026. Dkt. No. 108.

I write to request an extension of the defense response deadline to Sunday, August 2, 2026 at 5 p.m. As I informed the Court when we originally scheduled this hearing, I am currently out of the office teaching at a week-long conference. I have been working hard to respond to the government's letter while meeting my pre-existing obligations, but I need the requested additional time to complete my submission.

The Government by Assistant United States Attorney Mitzi Steiner has no objection to this request.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Hagood
212-417-8729

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 110.

7/31/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge