UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL HAGOOD,

Defendant.

20-CR-656 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A violation of supervised release ("VOSR") hearing is scheduled for August 5, 2026. The Court has received the parties' submissions with respect to the admissibility at that hearing of various out-of-court statements by the victim ("AH"). These centrally focus on whether there is good cause under Federal Rule of Criminal Procedure 32.1 to receive AH's out-of-court statements, without giving defendant Michael Hagood an opportunity to confront AH at the hearing. The Court thanks counsel for their thoughtful letters on these issues.

The Court's assessment is that it is prudent to reserve judgment on the application of Rule 32.1 to the contested evidence until the close of the hearing, including live testimony. The parties' written submissions reflect substantial arguments on both sides. Important here, they reflect factual disputes as to issues relevant to the application of Rule 32.1. These include (1) the basis or bases for AH's unavailability at the hearing, including whether he has refused to testify at the hearing and his stated basis, if any, for this refusal, (2) the efforts that have been made to secure AH's testimony at the hearing, (3) AH's medical condition today and at the time of the out-of-court statements at issue, and (4) the circumstances under which AH made those statements. The Court encourages the parties, in presenting evidence at Wednesday's hearing, to

develop the factual record not only on the merits of the pending violation specifications but also on the application of Rule 32.1 to the out-of-court statements at issue.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 3, 2026
New York, New York